1130

RAYMOND S. KORYTOWSKI, Appellant, v. MARY MAIUCCORO, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.